UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CV-151-BR

| | | |
|---|---|---|
| STEVEN GLENN: JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT E. THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On 21 October 2010, plaintiff filed a motion for a temporary restraining order. (DE # 2.) The court has considered the application and the entire record in accordance with Rule 65 of the Federal Rules of Civil Procedure. See Winter v. Natural Res. Def. Council, Inc., 129 S. Ct. 365, 374-76 (2008); Real Truth About Obama, Inc. v. FEC, 575 F.3d 342, 345-48 (4th Cir. 2009), vacated on other grounds, 130 S. Ct. 2371 (2010), reinstated in relevant part on remand, 607 F.3d 355 (4th Cir. 2010) (*per curiam*). Plaintiff has failed to demonstrate irreparable harm or any of the other requirements necessary to obtain a temporary restraining order. Therefore, plaintiff's motion for a temporary restraining order is DENIED.

This **21** October 2010.

_____
W. Earl Britt
Senior U.S. District Judge