AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| STEVEN GLENN: JOHNSON,  )<br>     Plaintiff,     )<br>                  )<br>v.                )<br>                  )<br>                  )<br>SCOTT E. THOMAS, SARAH M. KIRKMAN,  )<br>J.B. STROUD, GEORGE DEWEY HUDSON, JR., )<br>JERRY G. MONETTE, JOHN E. HALL, RENA )<br>W. TURNER, JAN H. CAHOON, BENJAMIN )<br>G. ALFORD, JOHN E. NOBLES, JR., JOYCE )<br>A. HAMILTON, DANIEL L. GARDEN, ALVIN )<br>E. PETTIT, MICHELLE M. COHN,     )<br>CHRISTOPHER COLLIER, JOSEPH N.   )<br>CROSSWHITE, MIKKO RED ARROW,    )<br>GEOFF ADAIR, WILLIAM DAVID LEE,   )<br>MARK E. KLASS, KENNETH D. BOGER,  )<br>CHARLES C. HENDERSON, JACK W. JENKINS,)<br>TAMI C. THOMAS, C. COLON WILLOUGHBY, )<br>JR., ROBERT A. MEYNARDIE, ERIC J.   )<br>REMINGTON, PHILLIP H. COWAN, DONALD )<br>MIAL, HOWARD E. MANNING, JR., MICHAEL )<br>J. PARRISH, JAMIE BRYAN ASKINS, NANCY )<br>LORRIN FREEMAN, ANDREW C. STOKES,  )<br>PATRICE TILLISON, TANYA T. WALLACE,  )<br>THEODORE S. ROYSTER, CAROLYN    )<br>PEACOCK, PHILLIP J. REDMOND, C.A.   )<br>TAYLOR, THE JUDICIARY COURTS OF THE )<br>STATE OF NORTH CAROLINA *located at 2-E* )<br>*Morgan Street, Raleigh, NC; 221 E. Water St.,* )<br>*Statesville, NC; 302 Broad St., New Bern, NC,* )<br>*and 302 Broad St., Suite 204, New Bern, NC,* )<br>NORTH CAROLINA CHILD SUPPORT    )<br>COLLECTIONS, KRISTINA M. BAKER,   )<br>CRAVEN COUNTY CHILD SUPPORT    )<br>ENFORCEMENT, COUNTY OF CRAVEN,  )<br>COUNTY OF JONES, COUNTY OF     )<br>IREDELL, COUNTY OF DAVIE, AND    )<br>CRAVEN COUNTY GOVERNMENT, *and all* )<br>*other Judges, Officers, and corporations* )<br>*similarly situated,*              )<br>     Defendants.               ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:10-CV-151-D** |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's request for in forma pauperis status (D.E. #8) is GRANTED. Plaintiff's motion for preliminary injunction (D.E. #6) is DENIED. The complaint is hereby DISMISSED. As a result, plaintiff's request to have the United States Marshal serve the complaint and his request for an extension of time to serve the defendants (D.E. #8) are DENIED AS MOOT. The Clerk is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **APRIL 8, 2011** WITH A COPY TO:

Steven Glenn: Johnson, pro se (via U.S. Postal Service c/o 144 Frog Lane, Dover, NC 28526)


April 8, 2011                                         DENNIS P. IAVARONE, Clerk
Date                                               Eastern District of North Carolina

                                                                               /s/ Debby Sawyer
                                                                               (By) Deputy Clerk

Raleigh, North Carolina